```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, State Bar of Texas #17479500
Special Assistant United States Attorney

        333 Market Street, Suite 1500
        San Francisco, California 94105
        Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
        E-Mail: sarah.ryan@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| GUADALUPE ORTIZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 1:08-CV-00598 SMS <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

      The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from January 12, 2009, to February 11, 2009.

      This is defendant's first request for an extension of time to file a response to plaintiff's opening brief.  Defendant needs the additional time because the undersigned attorney of record for Defendant, Commissioner of Social Security in this case, must fly to Texas for a family medical emergency on January 1, 2009, and is expected to be away for at least ten days or longer.  Thus, she will not be able to

prepare Defendant's response in this case.  Due to the fact that a number of colleagues of the undersigned attorney have taken leave during this holiday season and are expected to face a backlog of work and heavy caseload when they return after the first of the year 2009, said attorney and her supervisor believe there are no other attorneys in Defendant's office who will be available within the next few days who could substitute for said attorney and prepare Defendant's response in place of said attorney.  Therefore, Defendant requests that an extension of thirty days be granted for Defendant to file his response and supporting authority.

                                                Respectfully submitted,

Dated:  December 31, 2008.            /s/ Young Cho on behalf of Laura Krank
                                              (As authorized)
                                              LAURA KRANK
                                              Attorney for Plaintiff

Dated:  December 31, 2008.            McGREGOR W. SCOTT
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX
                                              Social Security Administration

                                               /s/ Sarah Ryan
                                              SARAH RYAN
                                              Special Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated:  1/5/2009

                                                /s/ Sandra M. Snyder
                                              THE HONORABLE SANDRA M. SNYDER
                                              United States Magistrate Judge