UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE ORTIZ,<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commission of Social<br>Security,<br><br>        Defendant.<br>_____/ | 1:08-cv-00598-SMS<br><br>**ORDER STRIKING DEFENDANT'S RESPONSIVE BRIEF AND GRANTING DEFENDANT LEAVE TO FILE A PROPER RESPONSIVE BRIEF**<br>(Doc. 16) |

    Pursuant to 28 U.S.C. § 636(c), both parties have consented (Docs. 8 & 9) to the Magistrate Judge's jurisdiction to conduct all proceedings, including entry of judgment.

    Fed. R. Civ. P. 12(f) provides as follows:

> Upon motion made by a party before responding to a pleading or, if no responsive pleading is permitted by these rules, upon motion made by a party within 20 days after the service of the pleading upon the party or upon the court's own initiative at any time, the court may order stricken from any pleading any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter.

    A court may strike a document that does not conform to the formal requirements of the pertinent rules of court. <u>Transamerican Corp. v. National Union Fire Ins. Co. of Pittsburgh, Pa.</u>, 143 F.R.D. 189, 191 (N.D. Ill. 1992).

1

1    Defendant's response to plaintiff's opening brief, filed
2 February 9, 2009 (Doc. 16), does not contain a separate and
3 complete statement of facts and thus does not comply with
4 paragraph 11(b)(c) and (d) of the Court's standard Scheduling
5 Order issued May 1, 2008 (Doc. 6).
6    IT IS HEREBY ORDERED that:
7    1.   Defendant's response to plaintiff's opening brief is
8 STRICKEN (Doc. 16).
9    2.   Defendant is GRANTED to and through March 16, 2009, by
10 which to file a brief that complies with the pertinent court
11 rules and the Court's standard Scheduling Order (Doc. 6).
12   3.   Plaintiff need not reply to the stricken brief (Doc.
13 16) and, absent further order of the Court, shall be allowed the
14 standard fifteen-day period within which to reply to the
15 responsive brief due filed by defendant by March 16, 2009.
16    Defendant is INFORMED that a failure to file a proper brief
17 as ordered by the Court will be considered to be a failure to
18 comply with an order of the Court and could result in the
19 imposition of sanctions.
20    Defendant is also ADVISED that the court case number prefix
21 of "1:" is designated for Fresno, and "2:" is designated for
22 Sacramento, and is therefore DIRECTED to use the correct case
23 number (prefix) of **1:08-cv-00598-SMS** on all future filings.

**IT IS SO ORDERED.**

**Dated:   February 20, 2009**             /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE